**Opinion issued October 11, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00876-CV**

———————————

**CITY OF HOUSTON, Appellant**

**V.**

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS AS SUBROGEE OF ESTHER BAR-ELI, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 2010-16418**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal because the trial court

withdrew its order denying appellant's plea to the jurisdiction. *See* TEX. R. APP. P.

42.1(a)(1).  The motion contains a certificate of service, but does not contain a certificate of conference.  *See* TEX. R. APP. P. 10.1(a).  Ten days have passed, however, and appellee has not filed a response in opposition.  *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.